## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

**TERESA P. BRITTON**                                  **CASE NO. 3:18-CV-01523**

**VERSUS**                                             **JUDGE TERRY A. DOUGHTY**

**ANDREW SAUL, COMMISSIONER OF**                       **MAG. JUDGE KAREN HAYES**
**SOCIAL SECURITY ADMINISTRATION**

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered,

together with the written objections thereto filed with this Court, and, after a *de novo* review of

the record, finding that the Magistrate Judge's Report and Recommendation is correct and that

judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is

**AFFIRMED**, in its entirety, and that this matter is hereby **DISMISSED WITH PREJUDICE**.

MONROE, Louisiana, this 15th day of November, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE